IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, DISTRICT 2-13 and COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, LOCAL 13000, <br><br> Petitioners, <br><br> v. <br><br> VERIZON PENNSYLVANIA, LLC (formerly known as VERIZON PENNSYLVANIA, INC.), <br><br> Respondent. | : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : <br> : <br> : No. 17-1869 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this 15th day of August, 2017, upon consideration of Communications Workers of America, AFL-CIO, District 2-13 and Communications Workers of America, AFL-CIO, Local 13000's Petition to Compel Verizon to Arbitrate (collectively, "the Union") (Doc. No. 1), Verizon Pennsylvania, LLC's ("Verizon") Motion for Judgment on the Pleadings (Doc. No. 10), the Union's Response to Verizon's Motion for Judgment on the Pleadings, and Verizon's Reply to the Union's Response, it is hereby **ORDERED** that:

1. the Union's Petition to Compel Verizon to Arbitrate is **GRANTED**. Verizon is compelled to arbitrate the March 24, 2015 grievance;

2. the Union's request for costs and counsel fees is **DENIED**;

3. Verizon's Motion for Judgment on the Pleadings is **DENIED**;

4. the Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE